1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ, | Case No. 1:24-cv-01068-KES-SAB |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO COMPLETE SERVICE IN PART AND CONTINUING SCHEDULING CONFERENCE TO MARCH 27, 2025 |
| v. | |
| MARK ALBERT MORLOK, et al., | |
| Defendants. | (ECF No. 5) |
| | **FEBRUARY 21, 2025 DEADLINE** |

Plaintiff commenced this action on September 9, 2024.  (ECF No. 1.)  A scheduling conference is currently set for February 11, 2025.  (ECF No. 3.)  Because Plaintiff has not returned service documents and Defendant has not filed a responsive pleading, the Court ordered Plaintiff to file a notice of status of service by January 21, 2025.  (ECF No. 4.)

On January 21, 2025, Plaintiff filed a notice informing the Court that he has not served either Defendant.  (ECF No. 5.)  Plaintiff proffers that this matter was filed on September 9, 2024 to protect the statute of limitations. Plaintiff contends that after filing the complaint, the insurance carrier engaged in communication and has shown interest in settlement. Plaintiff believes that a resolution is forthcoming and requests an extension of not less than 120 days to continue with settlement discussions.  Should the matter not resolve, Plaintiff will then serve Defendants and proceed with litigation.

1

The Court does not find good cause exists for Plaintiff's additional 120 day extension of time to serve Defendants. Plaintiff fails to proffer when settlement discussions began or why an additional four months is necessary to continue discussions in an action alleging negligence resulting from a motor vehicle collision. It is not well-taken that Plaintiff requests, without adequate explanation, that this case linger on the Court's docket for eight months before he will attempt to serve Defendants.

The Court shall extend the time for service of Defendants by an additional thirty days. Any further request for an extension of time beyond the one hundred sixty five (165) days already afforded to Plaintiff that is not supported by good cause will be met with a bias towards denial. The Court shall also continue the mandatory scheduling conference to accommodate the extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to complete service (ECF No. 5) is GRANTED IN PART;

2. The deadline for Plaintiff to complete service on Defendants shall be extended to **February 21, 2025**;

3. Upon service of each Defendant, Plaintiff shall promptly file proofs of service so the Court has a record of service;

4. The scheduling conference set for February 11, 2025, is CONTINUED to **March 27, 2025, at 10:00 a.m.** in Courtroom 9; and

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  __**January 22, 2025**__

STANLEY A. BOONE
United States Magistrate Judge