# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALBERT MORLOK, et al.,<br><br>Defendants. | Case No. 1:24-cv-01068-KES-SAB<br><br>ORDER RE STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 24) |

Before the Court is the parties' stipulation to continue the mandatory initial scheduling conference. For good cause shown, the Court hereby approves the stipulation and ORDERS that the initial scheduling conference is CONTINUED to **September 9, 2025, at 11:30 a.m.**

IT IS SO ORDERED.

Dated: __**July 2, 2025**__

STANLEY A. BOONE
United States Magistrate Judge