# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALBERT MORLOK, et al.,<br><br>Defendants. | Case No. 1:24-cv-01068-KES-SAB<br><br>ORDER CONSTRUING SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE<br><br>(ECF No. 23) |

Defendant Mark Albert Morlok, who is proceeding *pro se*, filed a substitution of attorney form substituting attorney Michael Christopher Kronlund of Quinn & Kronlund, LLP, in place of himself. (ECF No. 23.) However, substitution of counsel, as its name implies, allows for substation of an attorney by another attorney. Defendant Morlok is proceeding *pro se*, so the proper procedure would have been for Attorney Kronlund to file a notice of appearance. Given that Defendant Morlok is proceeding *pro se*, and that counsel for Defendant Penske Logistics has stipulated to appear on Defendant Morlok's behalf (ECF No. 24), the Court construes the substitution of counsel and a notice of appearance. The Court DIRECTS the Clerk of the Court to designate Michael Christopher Kronlund as counsel of record for Defendant Morlok.

IT IS SO ORDERED.

Dated: **July 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge