# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALBERT MORLOK, et al.,<br><br>Defendants. | Case No. 1:24-cv-01068-KES-SAB<br><br>ORDER DIRECTING DEFENDANTS TO FILE STATUS REPORT REGARDING AMENDED ANSWER<br><br>**AUGUST 14, 2025 DEADLINE** |

On July 2, 2025, the parties' filed a stipulation to continue the initial scheduling conference. As part of the justification for the stipulation, Defendants indicated that an amended answer might be required. (ECF No. 24.) On July 3, 2025, the Court approved the stipulation and continued the initial scheduling conference to September 9, 2025. (ECF No. 25.) Nothing has been filed on the docket by the parties since.

Accordingly, IT IS HEREBY ORDERED that on or before **August 14, 2025**, Defendants shall either a stipulation regarding the filings of an amended answer and request to continue the conference (if necessary), or some other notice on the status of this action regarding the parties' readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:  **August 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge