# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALBERT MORLOK, et al.,<br><br>Defendants. | Case No. 1:24-cv-01068-KES-SAB<br><br>ORDER REQUIRING DEFENDANTS SHOW CAUSE FOR FAILING TO COMPLY WITH A COURT ORDER<br><br>**AUGUST 20, 2025 DEADLINE** |

On July 2, 2025, the parties' filed a stipulation to continue the initial scheduling conference in this year-old action. (ECF No. 24.) As part of the justification for the stipulation, Defendants indicated that an amended answer might be required. (ECF No. 24.) On July 3, 2025, the Court approved the stipulation and continued the initial scheduling conference to September 9, 2025. (ECF No. 25.) In preparation of the scheduling conference, the Court ordered that Defendants file wither (1) a stipulation regarding the filing of an amended answer with a request to continue the conference (if necessary), or (2) some other notice on the status of this action regarding the parties' readiness to proceed into the scheduling conference no later than August 14, 2025. (ECF No. 27.) Defendants failed to file a responsive document by the deadline or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

2000).

Based on the foregoing, IT IS HEREBY ORDERED that **no later than August 20, 2025**, Defendants shall show cause in writing why they should not be sanctioned for failing to comply with the Court's August 7, 2025 order to file a status report. **Defendants are advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order.** Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **August 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2