# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALBERT MORLOK, et al.,<br><br>Defendants. | Case No. 1:24-cv-01068-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING PENDING DATES, AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 28, 29, 30)<br><br>**OCTOBER 9, 2025 DEADLINE** |

On August 15, 2025, the Court issued an order to show cause, requiring Defendants to show cause in writing why sanctions should not be imposed for failure to file a stipulation regarding an amended answer or some other notice regarding the parties' readiness to proceed with an initial scheduling conference.  (ECF No. 28.)  On August 19, 2025, Defendants timely filed a declaration responding to the order to show cause (ECF No. 29), along with a stipulation regarding filing of an amended answer and continuing the initial case management conference.  (ECF Nos. 29-1, 29-2.)  Before the Court could approve the stipulation, however, on August 20, 2025, the parties filed a notice of settlement, indicating that this matter has been resolved and that dispositional documents will be filed.  (ECF No. 30.)

Satisfied with the response from Defendants, the Court will discharge the order to show cause.  In addition, in light of the notice of settlement, the Court will vacate the initial scheduling conference and set a deadline for filing dispositional documents.

Accordingly, the Court HEREBY ORDERS that:

1. The August 15, 2025 order to show cause is DISCHARGED. (ECF No. 28.);
2. All pending matters and dates in this action are VACATED; and
3. The parties shall file dispositional documents no later than **October 9, 2025**. L.R. 160(b). Any request for an extension shall be supported by good cause. Id.

IT IS SO ORDERED.

Dated: **August 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2