# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALBERT MORLOK, et al.,<br><br>Defendants. | Case No. 1:24-cv-01068-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 31)<br><br>**OCTOBER 21, 2025 DEADLINE** |

On August 20, 2025, the parties filed a notice of settlement, informing the Court that a settlement had been reached and that dispositional documents would be filed. (ECF No. 30.) On that same day, the Court issued an order setting a 50-day deadline to file dispositional documents. (ECF No. 31.) The deadline to file dispositional documents has now expired, and Plaintiff has failed to file such documents or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not be issued for the failure to file dispositional documents in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing **no later than October 21, 2025**, why sanctions should not issue for the failure to file dispositional documents by the deadline required in the August 20, 2025 order (ECF No. 31). **Plaintiff is advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **October 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2