# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GUZMAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALBERT MORLOK, et al.,<br><br>Defendants. | Case No. 1:24-cv-01068-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE STIPULATED DISMISSAL<br><br>(ECF Nos. 32-34)<br><br>**SEVEN DAY DEADLINE** |

On October 14, 2025, the Court issued an order to show cause, requiring Plaintiff to show cause in writing why sanctions should not be imposed for failure to file dispositional documents by the court ordered deadline. (ECF No. 32.) On October 21, 2025, Plaintiff timely filed a declaration responding to the order to show cause (ECF No. 33), along with a notice of voluntary dismissal of the entire action under Federal Rule of Civil Procedure 41(a)(2). (ECF No. 34.)

Pursuant to Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). However, at this stage of the proceedings, the parties have reached a settlement, and dispositional documents are required. See Local Rule 160(b). Therefore, dismissal under Rule 41(a)(1)(A)(ii), which allows for dismissal by stipulation signed by all parties who have appeared, is the proper procedural mechanism. See Fed. R. Civ. P. 41(a)(1)(ii).

In light of the settlement reached by the parties, notice of a voluntary dismissal of the action is not procedurally appropriate. Plaintiff is directed to file a stipulation of dismissal signed by all parties. Satisfied with the responses from Plaintiff, the Court will discharge the order to show cause.

Accordingly, the Court HEREBY ORDERS that:

1. The October 14, 2025 order to show cause is DISCHARGED (ECF No. 32); and
2. Plaintiff is directed to file notice of stipulated dismissal within seven (7) days of this order.

IT IS SO ORDERED.

Dated:    **October 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2